JAMES C. KEVILL *et al.*, Defendants in Error, *v.* JOHN SOLDANI, Plaintiff in Error.

### Error to Kansas City Common Pleas Court.

This was an action by the plaintiffs, as auctioneers, against defendant, on an account for seven dollars, the price of an iron safe bid off by defendant at the sale. After sale and delivery to defendant, plaintiffs unlocked and opened the safe and took therefrom an account book and some Kansas City warrants, to which defendant objected, and thereupon refused to keep the safe or to pay for it, upon the ground that he did not get what he purchased; whereupon plaintiffs sued for the price bid by defendant.

*Bouton,* for plaintiff in error.

BATES, Judge, delivered the opinion of the court.

We find no such error in this case as materially affects the merits of the action ; the judgment will therefore be affirmed. The other judges concur.